■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALVARO A. SANCHEZ, Appellant, v CHRISTOPHER ARTUZ, as Superintendent, Respondent. [679 NYS2d 839] —In a habeas corpus proceeding, the petitioner appeals from an order of the Supreme Court, Dutchess County (Pagones, J.), entered June 11, 1997, which, without a hearing, denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Copertino, Santucci and Altman, JJ., concur.

(October 30, 1998)

■ In the Matter of MATTHEW A. WILSON et al., Appellants, v WILLIAM J. EGAN et al., Respondents. [679 NYS2d 318] —In a proceeding to compel the respondent Board of Elections of the County of Dutchess to enroll the petitioners as voters for the general election to be held on November 3, 1998, the petitioners appeal from an order of the Supreme Court, Dutchess County (Bellantoni, J.), dated October 28, 1998, which denied the petition and dismissed the proceeding.

Ordered that the order is affirmed, without costs or disbursements, for reasons stated by Justice Bellantoni at the Supreme Court. Copertino, J. P., Sullivan, Krausman and Florio, JJ., concur.